UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT M. BATHURST, | ) | CIV. 06-5058-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| REASSURE AMERICA LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation for Dismissal filed by the parties, it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits, with prejudice, and without costs to either party. .

Dated May 22, 2007.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE